# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSHUA BROWN, WILLIAM J. CHARLTON, JR., NICHOLAS LIPINSKI, THEATRICAL CONCEPTS, INC., TODD WOLVEN, and MELANIE LOYER RUSSELL, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> INTEL CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 24-1258-GBW |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Gregory P. Stone and L. Ashley Aull of Munger Tolles & Olson LLP, 350 South Grand Avenue, Fiftieth Floor, Los Angeles, CA 90071 and Achyut J. Phadke and Stephanie G. Herrera of Munger Tolles & Olson LLP, 560 Mission Street, Twenty-Seventh Floor, San Francisco, CA 94105 to represent Intel Corporation in this matter.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Gregory P. Stone<br>L. Ashley Aull<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071-3426<br>(213) 683-9100<br>Gregory.Stone@mto.com<br>Ashley.Aull@mto.com | By: /s/ Nicole K. Pedi<br>   Matthew E. Fischer (#3092)<br>   J. Matthew Belger (#5707)<br>   Jacqueline A. Rogers (#5793)<br>   Nicole K. Pedi (#6236)<br>   Tyler E. Cragg (#6398)<br>   Hercules Plaza, 6th Floor<br>   1313 North Market Street<br>   Wilmington, DE  19801<br>   (302) 984-6000<br>   mfischer@potteranderson.com<br>   mbelger@potteranderson.com<br>   jrogers@potteranderson.com<br>   npedi@potteranderson.com<br>   tcragg@potteranderson.com |
| Achyut J. Phadke<br>Stephanie G. Herrera<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, Twenty-Seventh Floor<br>San Francisco, California 94105-2907<br>(415) 512-4000<br>Achyut.Phadke@mto.com<br>Stephanie.Herrera@mto.com | *Attorneys for Defendant* |

Dated: December 6, 2024
11910726

## **ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.


Date: _____             _____
                                                                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $50.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Dated: December 6, 2024

Signed: */s/ Gregory P. Stone*
Gregory P. Stone
Munger Tolles & Olson LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, CA 90071
(213) 683-9255
Gregory.Stone@mto.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $50.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Dated: December 6, 2024           Signed: /s/ L. Ashley Aull
                                          L. Ashley Aull
                                          Munger Tolles & Olson LLP
                                          350 South Grand Avenue, Fiftieth Floor
                                          Los Angeles, CA 90071
                                          (213) 683-9502
                                          Ashley.Aull@mto.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $50.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Dated: December 6, 2024    Signed: */s/ Achyut J. Phadke*
                                    Achyut J. Phadke
                                    Munger Tolles & Olson LLP
                                    560 Mission Street
                                    Twenty-Seventh Floor
                                    San Francisco, CA 94105
                                    (415) 512-4026
                                    Achyut.Phadke@mto.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of California and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $50.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Dated: December 6, 2024                Signed: */s/ Stephanie G. Herrera*
                                               Stephanie G. Herrera
                                               Munger Tolles & Olson LLP
                                               560 Mission Street
                                               Twenty-Seventh Floor
                                               San Francisco, CA 94105
                                               (415) 512-4063
                                               Stephanie.Herrera@mto.com